JONATHAN M. KAUFMAN, ESQ. (California State Bar No. 104576)
The Law Offices Of Jonathan M. Kaufman
220 Montgomery Street, Suite 689
San Francisco, CA 94104
Telephone: (415) 956-4765
Facsimile:  (415) 956-1664
E-Mail:     jonathan-kaufman@sbcglobal.net

Attorney for Plaintiff

GRANTED
Judge Maria-Elena James
DATED: 5/5/2015

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GERMAN MARTINEZ-MEJIA,<br><br>   Plaintiff,<br><br>   vs.<br><br>LEON RODRIGUEZ,<br><br>   Defendant.<br>_____/ | Case No. CV 15-1164 MEJ<br><br>STIPULATION OF DISMISSAL |

Plaintiff German Martinez Mejia and Defendant Leon Rodriguez stipulate to the following pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii):

On March 12, 2015, Plaintiff filed a complaint seeking review of a decision made by the United States Citizenship and Immigration Services ("USCIS"), denying Plaintiff's motion to reconsider the denial of Plaintiff's application to re-register for temporary protective status ("TPS").

Subsequent to the filing of the Complaint, the USCIS granted Plaintiff TPS.

Defendant has not yet answered the complaint.

Pursuant to rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Parties voluntarily dismiss this action with prejudice. Each party agrees to bear its own costs and fees.

1

The Clerk is requested to enter said dismissal into the records of the District Court.

Dated: May 1, 2015                                         Respectfully submitted,


/s/ Jonathan M. Kaufman                              BENJAMIN C. MIZER
_____                          Principal Deputy Assistant Attorney General,
JONATHAN M. KAUFMAN                                  Civil Division
Attorney for Plaintiff

                                                     WILLIAM C. PEACHEY
                                                     Director, Office of Immigration Litigation
                                                     District Court Section

                                                     JEFFREY S. ROBBINS
                                                     Assistant Director

                                                     /s/ Ubaid ul-Haq
                                                     _____
                                                     UBAID Ul-HAQ
                                                     Trial Attorney
                                                     Fla. Bar No. 87397
                                                     Attorney for Defendant
                                                     United States Department of Justice
                                                     Civil Division
                                                     Office of Immigration Litigation
                                                     District Court Section
                                                     P.O. Box 868, Ben Franklin Station
                                                     Washington, D.C. 20044
                                                     Telephone: 202-532-4112
                                                     Ubaid.ul-haq@usdoj.gov